STATE of Missouri, Respondent,

v.

Steven Lee WILLIAMS, Appellant.

No. ED 101807

Missouri Court of Appeals,
Eastern District,
*DIVISION FOUR.*

FILED: September 15, 2015

William J. Swift, Woodrail Centre, 100 W. Nifong, Building 7, Suite 100, Columbia, MO 65203, for appellant.

Chris Koster, Dora A. Fichter, P.O. Box 899, Jefferson City, MO 65102, for respondent.

## ORDER

PER CURIAM

Appellant Steven Lee Williams ("Williams") appeals from the trial court's judgment entered after a bench trial. The trial court found Williams guilty on one

---

1. All rule references are to Mo.R.Crim.P. 2013, unless otherwise indicated.

count of second-degree murder. In his sole point on appeal, Williams argues that there was insufficient evidence to support his conviction because he acted under sudden passion arising from adequate cause. Because sufficient evidence exists from which a reasonable fact-finder may have found Williams guilty of each element of second-degree murder.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).